IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Carol Phillips,
    Plaintiff,

vs.

MICHAEL ASTRUE,
Commissioner of Social Security,
    Defendant.

CV# 09-903-TC

ORDER

    Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7,136.79 and costs in the amount of $350.00 are awarded payable to Plaintiff's attorney, Merrill Schneider, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. The check(s) shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office: Merrill Schneider, P.O. Box 16310, Portland, OR 97292-0310. There are no other costs or expenses to be paid herein.

DATED this 27 day of Aug 2007.

Thomas Coffin
United States District Judge